IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:21-0021-KD-MU-1 |
| | ) |
| ROBIN HERLIN AREVALO-RAMIREZ, | ) |
|    Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 19) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNT ONE of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **July 30, 2021** at **9:30 a.m.** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **11th** day of **May 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE**